THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMERICAN RIVERS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>　　　　　　Defendant. | Case No. 2:14-cv-1158-JLR<br><br>STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND ORDER |

The Court stayed this case on March 3, 2016, pursuant to an order entering the parties' stipulated settlement agreement. ECF 33. Pursuant to Paragraph 10 of the parties' stipulated settlement agreement (ECF 32) and Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff American Rivers and Federal Defendants United States Army Corps of Engineers, (collectively, "the Parties") hereby stipulate to the voluntary dismissal of this action without prejudice.

STIPULATION FOR VOLUNTARY DISMISSAL
WITHOUT PREJUDICE AND ORDER
(Case No. 2:14-cv-1158-JLR) -1

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

Respectfully submitted this 19th day of March, 2021.

s/ *Janette K. Brimmer*
JANETTE K. BRIMMER (WSB #41271)
STEPHEN D. MASHUDA (WSB #36968)
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
smashuda@earthjustice.org
jbrimmer@earthjustice.org

*Attorneys for Plaintiff, American Rivers*

JEAN E. WILLIAMS,
Acting Assistant Attorney General
SETH M. BARSKY, Section Chief

s/ *Coby Howell**
COBY HOWELL, Senior Trial Attorney
U.S. Department of Justice
c/o U.S. Attorney's Office
1000 SW Third Avenue
Portland, OR  97204-2902
Tel: (503) 727-1023 | Fax: (503) 727-1117
Coby.Howell@usdoj.gov

*Attorneys for Federal Defendants*
*Per e-mail authorization

ORDER

*PURSUANT TO STIPULATION, IT IS SO ORDERED.*

Dated this 23rd day of March, 2021.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

STIPULATION FOR VOLUNTARY DISMISSAL
WITHOUT PREJUDICE AND ORDER
(Case No. 2:14-cv-1158-JLR) -2

*Earthjustice*
810 Third Ave., Suite 610
Seattle, WA  98104
*(206) 343-7340*